**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**COMET STREET, INC.**                                                                      **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.:   5:09-cv-137-DCB-JMR**

**KENNETH G. ROBERTS,**
**MELISSA ROBERTS, AND**
**LIBERTY MUTUAL INSURANCE COMPANY**                     **DEFENDANTS**

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**

THIS DAY this cause came on to be heard on the Motion of Plaintiff, Comet Street, Inc., to dismiss without prejudice all claims filed in this action by the parties, with each party to bear its own costs, as the underlying lawsuit from which this case originates, *Kenneth G. Roberts and Melissa Roberts v. Comet Street, Inc.;* Civil Action No. 251-06-775CIV; Circuit Court of the First Judicial District of Hinds County, Mississippi, has been resolved by Liberty Mutual Insurance Company's voluntary payment of a settlement to Kenneth and Melissa Roberts, there remains no issues to litigate before this Court; and the Court being further advised in the premises, finds that the Motion to Dismiss Without Prejudice is well taken and should be granted.

IT IS THEREFORE HEREBY ORDERED AND ADJUDGED that this action be, and the same hereby is, dismissed without prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, THIS the   23rd   day of February, 2010.

                                                         s/ David Bramlette
                                     UNITED STATES DISTRICT COURT JUDGE

Submitted by:
J. Wade Sweat (MSB #9933)
Randall E. Day III (MSB #9722)
Marisa C. Atkinson (MSB #101265)
**COPELAND, COOK, TAYLOR AND BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.: (601) 856-7200
Facsimile No.: (601) 856-7626
*Attorneys for Comet Street, Inc.*